UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANTONY JOSUE MEYER-FERRARA,

                                    Petitioner,

v.

CHRISTOPHER J. LaROSE, Warden, Otay Mesa Detention Center,

                                    Respondent.

Case No.:  26-cv-2147-RSH-MMP

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On April 3, 2026, petitioner Anthony Josue Meyer-Ferrara filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The Court construes the Petition as alleging that although Petitioner was previously released on immigration parole, the government unlawfully re-arrested him. *Id.* at 6, 7, 9. On May 22, 2026, Respondents filed a return stating that they "do[] not oppose the petition and defer[] to the Court on the appropriate relief." ECF No. 10 at 2.

//
//
//
//
//

1

26-cv-2147-RSH-MMP

Accordingly, the Petition is **GRANTED** as follows. Within ***the day after the date of this order***, Respondents shall release Petitioner from immigration custody under the terms of his prior parole notice. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release.

**IT IS SO ORDERED**.

Dated: May 26, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-2147-RSH-MMP